```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16031
    JORGE W BURBANO
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6130


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/03/2007 and was not confirmed.

      The case was dismissed without confirmation 11/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
POPULAR MORTGAGE SERVICI  CURRENT MORTG          .00             .00              .00
POPULAR MORTGAGE SERVICI  MORTGAGE ARRE     63000.00             .00              .00
RJM AQUISITIONS FUNDING   UNSECURED            59.37             .00              .00
ASSET ACCEPTANCE CORP     UNSECURED           677.22             .00              .00
CHASE AUTO FINANCE        SECURED NOT I    18656.17             .00              .00
CHRYSLER FINANCIAL CO LL  UNSECURED         NOT FILED            .00              .00
CITIBANK/SEARS            UNSECURED         NOT FILED            .00              .00
CREDITORS COLLECTION      UNSECURED         NOT FILED            .00              .00
DIRECT MERCHANTS BANK     UNSECURED         NOT FILED            .00              .00
GC SERVICES               UNSECURED         NOT FILED            .00              .00
HSBC                      UNSECURED         NOT FILED            .00              .00
KOHLS                     UNSECURED         NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED            .00              .00
CHASE BANK USA NA         UNSECURED           125.60             .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY           .00                               .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------      --------------
TOTALS                         .00                  .00



                    PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16031 JORGE W BURBANO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                       /s/ Tom Vaughn

Dated: 02/27/08                         _____
                                                       TOM VAUGHN
                                                       CHAPTER 13 TRUSTEE